JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM TRANG LE NGUYEN,<br>Petitioner<br>v.<br>KIRSTJEN NIELSEN, et al.,<br>Respondents. | Case No. EDCV 18-00275-JLS (GJS)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO THE PARTIES' STIPULATION** |

The parties have stipulated to the dismissal of this action on the ground that it has been mooted by Petitioner's deportation. [Docket No. 9.] There is no apparent reason to deny the parties' joint request that this action be dismissed.

Accordingly, IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

DATE: April 18, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE